NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-679

MURIEL E. ROUGEOU AND KENNETH E. ROUGEOU

VERSUS

HENRY ROUGEOU

**********
APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2003-0853 "B"
HONORABLE HERMAN I. STEWART, PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Ned E. Doucet, Jr., C.J., Sylvia R. Cooks and Michael G. Sullivan, Judges.

**AFFIRMED.**

Martha A. O'Neal
O'Neal & Leavoy
P.O. Box 1055
DeRidder, LA   70634
(337) 462-6051
COUNSEL FOR PLAINTIFFS-APPELLEES:
     Muriel E. Rougeou and Kenneth E. Rougeou

Mitchell M. Evans, II
P.O. Box 28
DeRidder, LA   70634
(337) 462-5225
COUNSEL FOR DEFENDANT/APPELLANT:
     Henry Rougeou